**DISMISS and Opinion Filed December 28, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01301-CV**

**IN RE ANN MARIE HERNANDEZ AND HECTOR HERNANDEZ, Relators**

**Original Proceeding from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-06409-2022**

## MEMORANDUM OPINION

Before Justices Schenck, Reichek, and Carlyle
Opinion by Justice Reichek

Before the Court is relators' motion to voluntarily dismiss their mandamus petition. We grant the motion, deny relators' motion for stay, and dismiss this original proceeding.

/Amanda L. Reichek/
AMANDA L. REICHEK
JUSTICE

221301F.P05